UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-2082-CMM

UNITED STATES OF AMERICA,
                    Plaintiff,

VS.

CECILIA ALEJANDRA RODRIGUEZ-RIVAS,
                    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that DAVID OSCAR MARKUS and ANITA MARGOT MOSS, from the

law firm of MARKUS & MARKUS, PLLC enter their permanent appearance as counsel on behalf of

Cecilia Alejandra Rodriguez-Rivas in the above-styled cause for trial purposes only.  The clerk of

this court is requested to send copies of all court notices pertaining to this cause to undersigned

counsel.

Respectfully submitted,

**Markus & Markus, PLLC**
Penthouse One
40 N.W. Third Street
Miami, Florida 33128
Telephone No. (305) 379-6667
Facsimile No. (305) 379-6668
www.markuslaw.com

/s/ David Oscar Markus
  DAVID OSCAR MARKUS
  Florida Bar Number 119318
  dmarkus@markusLaw.com

MARKUS & MARKUS PLLC • 40 N.W. THIRD STREET• PENTHOUSE ONE •MIAMI, FLORIDA  33128
1

/s/ A. Margot Moss
A. MARGOT MOSS
Florida Bar Number 091870
Mmoss @markuslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 5th

day of February 2014, and served on all appropriate parties through that system.

/s/ David Oscar Markus
David Oscar Markus